82,147-0102

To Abel Acosta, Clerk                    4-15-15

My name is Bobby Buck #1928809 and I got moved to onther Unit and I am writing to Let you know my new address to where I am at and you can contact me at the address that is Lested below and ~~any~~ if there is any changes in ~~a~~ writ and writ of Mandamus mus and my supplemental that was presented to the of appeal court and my writ number is below please Let me know of any changes and much respect to you,

| Tr. Ct. No. 53482-A*1 | My New Address |
|---|---|
| WR-82,147-01 | Bobby Buck #1928809 |
|  | TC-1-48 |
| Tr. Ct. No. 53482-A | Darrington Unit |
| WR-82,147-02 | 59 Darrington Road |
|  | Rosharon, Tx 77583 |

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 20 2015

Abel Acosta, Clerk